UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR DVI,<br><br>    Defendant. | No. 2:18-cv-2438 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order dated March 21, 2019, plaintiff's first amended complaint was screened and dismissed for failure to state a claim. (ECF No. 12.) Plaintiff was directed to file an amended complaint within thirty days and warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. Thereafter, plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 17.) The court granted plaintiff additional time in which to file an amended complaint. (ECF No. 18.)

    The time for filing an amended complaint has now expired and plaintiff has not filed an amended complaint, requested additional time to file an amended complaint, or otherwise responded to the court's order.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign this action to a district judge.

////

1

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 19, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/free2438.dism